IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                          No. 4:12-cr-27-DPM

CLYDE HARRIS                                                          DEFENDANT

ORDER

In the April 27th Judgment, the Court neglected to check any of the boxes in Section VII of the Statement of Reasons. The Court should have checked Box A, which states that restitution is not applicable in Harris's case. The Court will enter an amended judgment that corrects this clerical error. FED. R. CRIM. P. 36.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

3 May 2012